STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2000

at __ o'clock and 20 min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00351 DAE |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | [21 U.S.C. 841(a)(1)] |
| ) | |
| CHRISTOPHER OCHOA, ) | |
| Defendant. ) | |

**INDICTMENT**

Count 1:

The Grand Jury charges that:

During the period on or about August 23, 2000 up through and including on or about August 24, 2000 in the District of Hawaii, defendant CHRISTOPHER OCHOA knowingly and intentionally possessed with intent to distribute one-hundred (100) grams or more of heroin, a Schedule I narcotic controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

<u>Count 2</u>:

The Grand Jury further charges that:

During the period on or about August 23, 2000 up through and including on or about August 24, 2000 in the District of Hawaii, defendant CHRISTOPHER OCHOA knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of cocaine, a Schedule II narcotic controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: Honolulu, Hawaii, August 31, 2000.

A TRUE BILL

/S/
_____
GRAND JURY FOREPERSON

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Ochoa, USDC-Hawaii, Indictment.